No. 81–1195. MICHIGAN v. HURD. Ct. App. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 81–795. J. S. ALBERICI CONSTRUCTION CO., INC. v. SISCO; and

No. 81–1005. SISCO v. J. S. ALBERICI CONSTRUCTION CO., INC. C. A. 8th Cir. Certiorari denied. JUSTICE O'CONNOR would grant certiorari. Reported below: 655 F. 2d 146.

No. 81–850. ST. LOUIS COUNTY, MISSOURI, ET AL. v. SIMON. C. A. 8th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari. 

No. 81–851. COX v. MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant the petition for certiorari and reverse the conviction. 